**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-20273-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDRE RIGBY,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**AND GRANTING MOTION TO SUPPRESS EVIDENCE**

THIS CAUSE is before the Court upon the Defendant Andre Rigby's Motion to Suppress Evidence. (DE 20). The Motion was referred to Magistrate Judge Edwin G. Torres. (DE 24). Magistrate Judge Torres held an evidentiary hearing on October 16, 2024, and thereafter solicited supplemental briefing from the Parties. On November 4, 2024, Judge Torres entered a Report and Recommendation ("Report"), recommending that Defendant's Motion to Suppress be granted. (DE 40).

The Government filed objections to the Report on November 13, 2024. (DE 43). No response to the objections has yet been filed by Defendant, however I am prepared to rule without need of additional briefing.

After a careful *de novo* review of the record and applicable law, I will overrule the Government's objections and adopt Judge Torres's thorough and well-reasoned Report. While I am sympathetic to the view that a rental truck cannot be left on the streets of Miami indefinitely, upon Judge Torres's credibility findings, that I see no reason to revisit, the inevitable discovery doctrine cannot be used to obviate the necessity that the Government must actively be pursuing

lawful means of investigation. The Government cannot rely upon the inevitable discovery doctrine to salvage otherwise suppressible evidence under the facts and circumstances of this case.

Additionally, I find that no *de novo* re-hearing of this matter is necessary.

## CONCLUSION

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that:

1. The Government's Objections (DE 43) to Judge Torres's Report are **OVERRULED.**

2. Magistrate Judge Edwin G. Torres's Report (DE 40) is **ADOPTED** in its entirety.

3. The Defendant's Motion to Suppress Evidence (DE 20) is **GRANTED.**

**SIGNED** in West Palm Beach, Florida, this /4 day of November, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record